# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF MISSISSIPPI
# OXFORD DIVISION

**LISA BELL**                                                                                                   **PLAINTIFF**

**vs.**                                              **CASE NO.: 3:15-CV-00133-MPM-SAA**

**TUNICA RESTAURANT GROUP, INC.; AND**
**RICHARD ABADISIANS, INDIVIDUALLY**                                    **DEFENDANTS**

## AGREED ORDER DISMISSING CASE WITH PREJUDICE

THIS DAY this cause came on to be heard upon joint motion, *ore tenus*, of the parties seeking entry of an Agreed Order Dismissing Case with Prejudice in the above styled and numbered cause of action. Finding the motion to be well taken, the Court grants the motion.

Accordingly, this Court hereby ORDERS that this case is hereby dismissed with prejudice as to all parties. Each party shall bear their own respective fees and costs. This Court retains jurisdiction over the parties and any claims relating to the enforcement of the settlement agreement should there be any dispute relating to it, or the parties' compliance with it.

SO ORDERED, this the 4th day of December, 2015.

                                                     **/s/ MICHAEL P. MILLS**
                                                     **UNITED STATES DISTRICT JUDGE**
                                                     **NORTHERN DISTRICT OF MISSISSIPPI**

**SUBMITTED BY**:

      _/s/ Christopher W. Espy_            
Christopher W. Espy (MS Bar No. 102424)
Morgan & Morgan, PLLC
188 E. Capitol Street, Ste. 777
Jackson, MS  39201
Telephone: (601) 718-2087
Facsimile:  (601) 718-2102

**ATTORNEY FOR PLAINTIFF**


**AND**

  _/s/ Timothy W. Lindsay_              
Timothy W. Lindsay (MS Bar No. 1262)
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
100 Renaissance, Suite 200
1022 Highland Colony Parkway
Ridgeland, Mississippi 39157
Telephone: (601) 360-8444
Facsimile: (601) 360-0995

**ATTORNEY FOR DEFENDANT**